# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN CHARLES BEYETT, | CASE NO.: 1:08-cv-01367-DLB PC |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| V. O'BRIEN, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Lynn Charles Beyett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed this action on September 12, 2008. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against defendants O'Brien and Ragan for violation of the Eighth Amendment.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants

    V. O'Brien

    D. Ragan

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2)

---

[1] By separate order, the Court dismissed Defendants Doehring, Kapoor, Shannon, Igbinosa, Hansen, Alvarez, Yates, Cate, and Tilton from the action for failure to state a claim upon which relief may be granted. (Doc. 12.)

1

        summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 12, 2008.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed complaint filed September 12, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **October 27, 2009**                    /s/ **Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE