# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN CHARLES BEYETT, | CASE NO. 1:08-CV-01367-DLB PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO SUBMIT FORM INDICATING CONSENT TO OR DECLINE OF MAGISTRATE JUDGE JURISDICTION |
| v. | |
| V. O'BRIEN, et al., | |
| Defendants. | |

Plaintiff Lynn Charles Beyett ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants V. O'Brien and D. Ragan for deliberate indifference to a serious medical need in violation of the Eighth Amendment. As of the date of this order, Plaintiff submitted the form regarding consenting to or declining magistrate judge jurisdiction, choosing to consent. Doc. 5. Defendants, however, have not submitted the form.

Accordingly, it is HEREBY ORDERED that

1. Defendants are required to fill out and submit the form regarding consenting to or declining magistrate judge jurisdiction; and
2. The Clerk of the Court is directed to send Defendants the Order Re Consent or Request For Reassignment.

IT IS SO ORDERED.

**Dated:   December 9, 2011**             /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE

1